# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing Is Attached)

| | | | |
|---|---|---|---|
| Name of Offender: | ANGELA MICHELLE BECK | Case Number: | 1:13CR186-6 |

Name of Sentencing Judicial Officer:   The Honorable Catherine C. Eagles

Date of Original Sentence:   December 12, 2013

Original Offense:   Count One (Object One): Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. § 846.

Count Twelve: Possession of Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2.

Original Sentence:   189 months custody of the Bureau of Prisons followed by a 5 year term of supervised release.

January 6, 2016: Sentence reduced to 165 months (105 months on Count One (Object One) and 60 months, consecutive, on Count Twelve) pursuant to 18 U.S.C. § 3582(c)(2).

June 28, 2019: Sentence reduced to time served pursuant to Compassionate Release.

Type of Supervision:   Supervised Release    Date Supervision Commenced: July 10, 2019
Date Supervision Expires: July 9, 2024

Assistant U.S. Attorney: Graham Green    Defense Attorney: Helen L. Parsonage

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows:

Restitution in the amount of $6,589.19 is due immediately and shall be paid in installments at the rate of $50 per month until paid in full. It is recommended that the interest be waived pursuant to 18 U.S.C. § 3612(f)(3).

RE: Angela Michelle Beck 2

## CAUSE

Mrs. Beck was released from custody in June 2019 due to her breast cancer diagnosis. Mrs. Beck released to Mt. Airy, NC where she resides with her daughter, son-in-law, and granddaughter. Immediately upon release, Mrs. Beck was able to receive oncology care at a Wake Forest Baptist Health Center in Elkin, NC. Mrs. Beck is happy to report that she is now in remission.

When Mrs. Beck was released, she immediately applied for disability, which was denied. Mrs. Beck has been working with her case manager and is in the process of reapplying. She continues to struggle to pay for medical treatment costs. Despite Mrs. Beck's medical concerns, she was very motivated to find employment. In January, Ms. Beck gained employment at Wayne's Farm. She is working second shift as a line agent and is making $12.25 per hour.

Based on a financial investigation conducted by our office, it appears that Mrs. Beck is unable to afford the Court ordered monthly payments of $100 at this time. After discussions with Mrs. Beck, it is suggested that her monthly payments be reduced to $50 per month. Should her economic circumstances drastically change, the Court will be notified, and payments may be increased at that time.

Respectfully submitted,

*Caila Gulledge*

Caila L. Gulledge
U.S. Probation Officer

Approved by:

*Edward R. Cameron*

Edward R. Cameron
Supervisory U.S. Probation Officer

March 27, 2020
Date