PROB 49
03/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina
## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

Restitution in the amount of $6,586.19 is due immediately and shall be paid in installments at the rate of $50 per month until paid in full, with the first payment due 60 days after release from imprisonment to a term of supervision. It is recommended that the interest be waived pursuant to 18 U.S.C. § 3612(f)(3).

Witness: *Caila Gulledge*
Caila L. Gulledge
U.S. Probation Officer
9/30/19
Date

Signed: *Angela Beck*
Angela Beck
Probationer/Releasee