PROB 12A
4/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Report of Offender Under Supervision

| | |
|---|---|
| Name of Offender: ANGELA MICHELLE BECK | Docket Number: 1:13CR186-6 |

Name of Sentencing Judicial Officer:  The Honorable Catherine C. Eagles

Date of Original Sentence:  December 12, 2013

Original Offense:  Count One (Object One): Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. § 846.

Count Twelve: Possession of Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2.

Original Sentence:  189 months custody of the Bureau of Prisons followed by a 5-year term of supervised release.

January 6, 2016: Sentence reduced to 165 months (105 months on Count One (Object One) and 60 months, consecutive, on Count Twelve) pursuant to 18 U.S.C. § 3582(c)(2).

June 28, 2019: Sentence reduced to time served pursuant to Compassionate Release.

March 30, 2020: Order on Modification to reduce monthly payments to $50 per month was filed.

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: July 10, 2019 |
| | Date Supervision Expires: July 9, 2024 |
| Assistant U.S. Attorney: Graham Green | Defense Attorney: Helen L. Parsonage |

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation 1 - Restitution in the amount of $6,589.19 is due immediately and shall be paid in installments at the rate of $50 per month until paid in full. It is recommended that the interest be waived pursuant to 18 U.S.C. § 3612(f)(3).**

Mrs. Beck failed to make monthly restitution payments as instructed by the Court. Mrs. Beck has paid $2,881.54 towards the total restitution balance of $6,586.19. Mrs. Beck did not make payments from March 2022 until February 2023. Ms. Beck's last payment was February 1, 2023 in the amount of $25.

U. S. Probation Officer Action:

On December 12, 2013, Mrs. Beck was ordered by the Court to pay restitution in the amount of $6,586.19. She was originally instructed to make monthly installments of $100.00 but was reduced to $50.00 per month in March 2020. Records show that Ms. Beck's special assessment fee was paid in full on December 6, 2016. To date, $2,881.54 has been collected with regard to her original restitution obligation of $6,586.19. The restitution balance is $3,704.65.

Mrs. Beck is currently employed and working full time at Carolina Gutters and Pressure Washing. She began working here in September 2021. Mrs. Beck reports that she has had some financial struggles which include medical bills related to her previous breast cancer diagnosis. Mrs. Beck does not have insurance at the moment and has had to pay these expenses out of pocket. Mrs. Beck reports that these financial hardships have made regular monthly payments difficult for her. Mrs. Beck has been compliant with all other conditions of supervision and has communicated effectively with the probation office.

**Recommendation:**
Due to Mrs. Beck's financial hardship, the probation office recommends that the arrearage be forgiven and that she continue on supervision. Mrs. Beck informed the probation officer that she intends to resume her financial monthly payments as soon as she can afford to do so. The probation officer notes that her upcoming tax return will be credited to her restitution prior to her receiving it.

Respectfully submitted,

_Caila Gulledge_
Caila L. Gulledge
U.S. Probation Officer Specialist

Approved by:

_Edward R. Cameron_                                                             February 24, 2023
Edward R. Cameron                                                                Date
Supervisory U.S. Probation Officer