IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:13CR186-6 |
| | ) | |
| ANGELA MICHELLE BECK | ) | |

**ORDER ON REPORT OF OFFENDER UNDER SUPERVISION**

This matter is before the Court upon request of the United States Probation Officer. Doc. 627. The Court has reviewed the report and finds the following:

(x) The Court Adopts the Recommendation(s) of the Probation Officer.

( ) The Court Denies the Recommendation(s) of the Probation Officer.

( ) Submit a Request for Modifying the Conditions or Term of Supervision.

( ) Submit a Request for Warrant or Summons.

( ) The Court Approves the Travel Request.

( ) The Court Denies the Travel Request.

( ) The Court Approves the Passport be Returned.

( ) Other:

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Date: February 27, 2023